IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ARNOLD D. BUTTERFIELD, Plaintiff, v. CAROLYN W. COLVIN, COMMISSIONER, SOCIAL SECURITY ADMINISTRATION. Defendant. | **MEMORANDUM DECISION AND ORDER DISMISSING CASE** Case No. 2:13-cv-132 DN-EJF District Judge David Nuffer |

Plaintiff Arnold D. Butterfield filed his complaint on February 22, 2013.[1] On May 3, 2013, the Commissioner filed an answer along with the administrative record.[2] Since that time, Mr. Arnold has done nothing to pursue his claims.

On March 10, 2014, this court entered an Order to Show Cause[3] directing plaintiff to respond in writing within fourteen days informing the court of his intentions to proceed. The court warned Plaintiff that failure to respond would result in dismissal of the case. To date, there has been no response from Plaintiff.

---

[1] Docket no. 3, filed February 22, 2013.

[2] Docket nos. 5 and 7, respectively, filed May 3, 2013.

[3] Docket no. 14, filed March 10, 2014.

## ORDER

The case is **DISMISSED** without prejudice for failure to prosecute and for failure to comply with an order of the court.[4] The Clerk of the Court is instructed to close the case.

Signed March 31, 2014.

BY THE COURT

District Judge David Nuffer

---

[4] See *United States ex rel. Jimenez v. Health Net, Inc.*, 400 F3d 853, 855 (10th Cir. 2005).